UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE P. MCDERMOTT, | CASE NO. C24-1734JLR |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

Before the court is Plaintiff Lance P. McDermott's motion for reconsideration of the court's January 16, 2025 minute order directing the Clerk to amend the caption of this matter to reflect that the United States Postal Service, rather than the Merit Systems Protection Board ("MSPB"), is the proper Defendant in this matter. (MFR (Dkt. # 20); *see* 1/16/25 Min. Order (Dkt. # 19).) Mr. McDermott asserts that the cases now before the court are "non-mixed cases" that do not involve allegations of disability discrimination and that, as a result, the MSPB is still the proper Defendant and that this

ORDER - 1

1 | court's jurisdiction is still in question over his appeals. (*See generally* MFR.) The

2 | Federal Circuit Court of Appeals, however, has determined that this matter is a "mixed

3 | case" under 5 U.S.C. § 7702 and that jurisdiction is proper in this court. (*See* Fed. Cir.

4 | Transfer Order (Dkt. # 1) at 2 ("We transfer this case because Mr. McDermott pursues

5 | his discrimination claims and federal district courts, not this court, have jurisdiction over

6 | so-called 'mixed cases[.]'").)

7 | "Motions for reconsideration are disfavored" and the "court will ordinarily deny

8 | such motions in the absence of a showing of manifest error in the prior ruling or a

9 | showing of new facts or legal authority which could not have been brought to its attention

10 | earlier with reasonable diligence." Local Rules W.D. Wash. LCR 7(h). Because the

11 | second prong of this test does not apply to the court's *sua sponte* amendment of the

12 | caption, Mr. McDermott must show manifest error in the court's January 16 order. This

13 | he has failed to do. Therefore, the court DENIES Mr. McDermott's motion for

14 | reconsideration (Dkt. # 20).

15 | Dated this 27th day of January, 2025.

*[signature]*

JAMES L. ROBART
United States District Judge