|     |     |
| --- | --- |
| LANCE P. MCDERMOTT,  Plaintiff, v. UNITED STATES POSTAL SERVICE,  Defendant. | CASE NO. C24-1734JLR  ORDER |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Before the court is Plaintiff Lance P. McDermott's motion for reconsideration of the court's February 19, 2025 order of dismissal and entry of judgment. (MFR (Dkt. # 24); *see* 2/19/25 Order (Dkt. # 22); Judgment (Dkt. # 23).) The court DENIES the motion.

A motion for reconsideration is an "extraordinary remedy . . . to be used sparingly" and the movant bears a "heavy burden." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). "The court will ordinarily deny such motions

ORDER - 1

1  in the absence of a showing of manifest error in the prior ruling or a showing of new facts
2  or legal authority which could not have been brought to its attention earlier with
3  reasonable diligence." Local Rules W.D. Wash. LCR 7(h).  Here, Mr. McDermott offers
4  citations to multiple documents, including orders issued in this case before it reached this
5  court.  (*See generally* MFR.)  He does not, however, identify any purported manifest
6  error by this court or make any showing of new facts or legal authority that he could not
7  have raised in his January 10, 2025 statement.  (*Id.*; 1/10/25 Statement (Dkt. # 18).)
8  Therefore, the court DENIES Mr. McDermott's motion for reconsideration (Dkt. # 24).

Dated this 3rd day of March, 2025.

JAMES L. ROBART
United States District Judge